No. 03–1482. ASSA'AD-FALTAS v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 03–1496. RANEY v. ALLSTATE INSURANCE CO. ET AL. C. A. 11th Cir. Certiorari before judgment denied.

No. 03–1498. PAYNE v. RILEY. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 03–1505. MILLER ET AL. v. PFIZER, INC. (ROERIG DIVISION). C. A. 10th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 03–1522. DURRUTHY v. PASTOR. C. A. 11th Cir. Motion of National Press Photographers Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 03–1543. RICHARD v. HOECHST CELANESE CHEMICAL GROUP, INC., ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 03–1586. BOURNE, A MINOR, BY AND THROUGH HIS PARENTS, NEXT FRIENDS AND NATURAL GUARDIANS, BOURNE ET AL. v. E. I. DU PONT DE NEMOURS & CO. C. A. 4th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 03–1644. CANDELARIO-RAMOS ET AL. v. BAXTER HEALTHCARE CORPORATION OF PUERTO RICO ET AL. C. A. 1st Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 03–1648. HANNA v. INFOTECH CONTRACT SERVICES, INC., ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.